

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-21-00533-CV

**IN THE ESTATE OF MAGDALENE B. MZYK, DECEASED**

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

## O R D E R

On March 2, 2022, we abated this appeal and remanded it to the trial court for entry of a final judgment. We ordered appellant "to ensure that a supplemental clerk's record with a final, appealable order or severance order is filed in this court within THIRTY DAYS of the date of this order." We also ordered appellant "to file a report informing the court of the status of this case" if the trial court did not sign a final judgment within that time. On March 4, 2022, appellant filed a report indicating that the trial court had not yet signed a final order, but the parties are in the process of scheduling a hearing and "[i]t is anticipated that a final judgment will be signed within 30 days from the date of this Report." Appellant requested that we continue the abatement "pending the trial court's disposition of the parties' respective claims for attorney's fees and entry of final judgment."

After consideration, we **GRANT** appellant's request and extend the abatement of this appeal until **May 17, 2022**. We **ORDER** the parties to file a status update **by May 17, 2022**. We **ORDER** that this case will be reinstated on the court's docket **by May 23, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2022.

_____
Michael A. Cruz,
Clerk of Court